UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

LYNN HOMES, INC.
dba JWL CONSTRUCTION CO.                  Chapter 11
dba JWL CONSTRUCTION CO., INC.,          Case No. 08-23576-ash

                          Debtor.
------------------------------------------------------------X

**ORDER PURSUANT TO LOCAL RULE 1007-2(e)**
**<u>SCHEDULING INITIAL CASE CONFERENCE</u>**

Lynn Homes, Inc., dba JWL Construction Co., dba JWL Construction Co., Inc., as debtor and debtor-in-possession (the "Debtor"), having filed its petition for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on October 29, 2008, and the Court having determined that a case management conference will aid in the efficient conduct of these cases, it is hereby

ORDERED, pursuant to §105(d) of the Bankruptcy Code, that an initial case management conference will be conducted by the undersigned United States Bankruptcy Judge in Room 520, United States Bankruptcy Court, 300 Quarropas Street, Fifth Floor, White Plains, New York 10601, on December 17, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, to consider the efficient administration of these cases, which may include, among other things, topics such as retention of professionals, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; it is further

ORDERED that the Debtor shall give notice by mail of this Order at least seven (7) days before the scheduled conference to (i) each official committee appointed to

serve in these cases pursuant to 11 U.S.C. § 1102 (or if no committee has been appointed, to those creditors holding the twenty (20) largest unsecured claims against the Debtor's estate), (ii) the Office of the United States Trustee for the Southern District of New York, and (iii) the Debtor's prepetition and post-petition lenders or their attorneys, and shall promptly file proof of service of the notice with the Clerk of the Court.

Dated: White Plains, N.Y.
November 25, 2008

/s/ Adlai S. Hardin, Jr.
HON. ADLAI S. HARDIN, JR.
U.S. BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF N.Y.