UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                                  Chapter 11

LYNN HOMES, INC.                             Case No. 08-23576-ash
dba JWL CONSTRUCTION CO.
dba JWL CONSTRUCTION CO., INC.,

                          Debtor.
------------------------------------------------------------X

## **AMENDMENT TO SCHEDULE E**

      LYNN HOMES, INC., dba JWL CONSTRUCTION CO., dba JWL CONSTRUCTION CO., INC., in support of its Notice of Amendment to Schedules E, states as follows:

      1.    On October 29, 2008, the Debtor filed a Chapter 11 petition in bankruptcy with this Court.

      2.    At the time the Debtor file the petition, it inadvertently excluded from Schedules E the creditor listed on Exhibits "A" annexed hereto.

      3    No previous application for the relief sought herein has been made to this or any other court.

      4.    The Debtor declares under penalties of perjury that the foregoing is true and accurate. The Debtor prays that Schedule E be amended as reflected in Exhibits "A" annexed hereto.

Dated:      New City, New York
                December 4, 2008                    LYNN HOMES, INC.

                                                            /s/John W. Lynn_____
                                             By:    John W. Lynn, President

**EXHIBIT "A"**

**AMENDMENT TO SCHEDULE E
LYNN HOMES, INC.
<u>CHAPTER 11, CASE NO. 08-23576-ash</u>**

| <u>Creditor</u> | <u>Amount Due</u> |
|---|---|
| NYS Dept. of Environmental Conservation<br>Regulatory Fee Determination Unit<br>Box 5973 GPO<br>New York, New York 10087-5973<br>Invoice No: 3221003510000 | $2,068.38 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                                            Chapter 11

LYNN HOMES, INC.                                    Case No. 08-23576-ash
dba JWL CONSTRUCTION CO.
dba JWL CONSTRUCTION CO., INC.,

                          Debtor.
------------------------------------------------------------X
STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF ROCKLAND )

      Donna Paz, being duly sworn, deposes and states as follows:

      I am not a party to the action, am over 18 years of age and reside at Stony Point, New York.

      On December 5, 2008, I served a true copy of the **Amendment to Schedule E** by mailing the same via First Class Mail in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

| | |
|---|---|
| Office of the U.S. Trustee | NYS Dept. of Environmental Conservation |
| 33 Whitehall Street | Regulatory Fee Determination Unit |
| 21st Floor | Box 5973 GPO |
| New York, New York 10004 | New York, New York 10087-5973 |

                                                     /s/Donna Paz
                                                     Donna Paz

Sworn to before me this
5th day of December, 2008

/s/Elizabeth A. Haas
NOTARY PUBLIC
ELIZABETH A. HAAS
No. 44-4663616
Ex. 10/31/09