UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:  Chapter 11
 Case No. 08-23576-ash
LYNN HOMES, INC.
dba JWL CONSTRUCTION CO.  **ORDER OF RETENTION**
dba JWL CONSTRUCTION CO., INC.,

 Debtor.
------------------------------------------------------------X

Upon the annexed application of Lynn Homes, Inc., the Debtor-in-Possession herein, dated October 24, 2008, and the Affidavit of Elizabeth A. Haas, sworn to October 24, 2008, and upon all proceedings had and taken herein, and the Court having found that Elizabeth A. Haas, Esq. is a disinterested party within the meaning of 11 U.S.C. § 327 and that her employ will be in the best interest of this estate, it is

ORDERED, that Lynn Homes, Inc. be and it hereby is authorized to retain Elizabeth A. Haas, Esq. as counsel to the Debtor-in-Possession *nunc pro* tunc to October 29, 2008, in the matters requiring the services of an attorney-at-law, as specified in paragraph marked "4" of the petition annexed hereto, to the extent such services are required by the Debtor-in-Possession and that compensation shall be paid pursuant to 11 U.S.C. §§ 330 and 331.

Dated: White Plains, New York
 December     , 2008

 _____
 HON. ADLAI S. HARDIN, JR/.
 U.S. BANKRUPTCY JUDGE
 SOUTHERN DISTRICT OF N.Y.

NON OBJECTION

OFFICE OF U.S. TRUSTEE

/s/Nazar Khodorovsky
By: Nazar Khodorovsky, Trial Attorney
Dated: December 16, 2008