

**IRS** Department of the Treasury
**Internal Revenue Service**

INTERNAL REVENUE SERVICE
290 BROADWAY, 5TH FL
NEW YORK, NY 10007

Date: June 15, 2009

Chapter and Case Number:
11 08-23576-ASH
Person to Contact:
NORMA HATMIL
Contact Telephone Number:
(212) 436-1323
Employee Fax Number:
(212) 436-1931
Employee Identification Number:
02-45370

CLERK OF THE COURT
U.S. BANKRUPTCY COURT
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Debtor: LYNN HOMES, INC. DBA JWL CONSTRUCTI
Bankruptcy Filed October 29, 2008

This is to certify that the records of the Internal Revenue Service reflect that the account shown on the Proof of Claim filed on behalf of the Internal Revenue Service on 11/14/2008 has been satisfied and the claim is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ MARIA I VALERIO
Insolv. Group 7 Manager

cc: LYNN HOMES, INC. DBA JWL CONSTRUCTI
 ELIZABETH A. HAAS

Letter 3931CG (11-2004)
Catalog Number 38952B

Court Copy