UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

In re:                                          Chapter 11
                                                Case No. 08-23576-ash

LYNN HOMES, INC.
dba JWL CONSTRUCTION CO.
dba JWL CONSTRUCTION CO., INC.,

                    Debtor.
————————————————————————X

## MONTHLY OPERATING STATEMENT FOR
## THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 31, 2009

ADDRESS OF DEBTOR:

1540 Route 202, Unit 1B
Pomona, N.Y. 10970

    MONTHLY DISBURSEMENTS:                           $0.00

DEBTOR'S ATTORNEY:

ELIZABETH A. HAAS
254 So. Main Street, Suite 210
New City, N.Y. 10956

    MONTHLY OPERATING PROFIT (LOSS)                  $0.00

REPORT PREPARER:    Debtor

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the financial affairs of the Debtor, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:    October 27, 2009

SIGNATURE AND TITLE

_____
JOHN W. LYNN, President

Indicate if this is an amended statement by checking here:  _____

                                             AMENDED STATEMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11
                                                                               Case No. 08-23576-ash
LYNN HOMES, INC.
dba JWL CONSTRUCTION CO.
dba JWL CONSTRUCTION CO., INC.,

                               Debtor.
-----------------------------------------------------------X

## MONTHLY OPERATING STATEMENT FOR
## THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 31, 2009

ADDRESS OF DEBTOR:

1540 Route 202, Unit 1B
Pomona, N.Y. 10970

       MONTHLY DISBURSEMENTS:       $0.00

DEBTOR'S ATTORNEY:

ELIZABETH A. HAAS
254 So. Main Street, Suite 210
New City, N.Y. 10956

       MONTHLY OPERATING PROFIT (LOSS)       $0.00

REPORT PREPARER:    Debtor

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

     The undersigned, having reviewed the attached report and being familiar with the financial affairs of the Debtor, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:     October 27, 2009

SIGNATURE AND TITLE

_____
JOHN W. LYNN, President

Indicate if this is an amended statement by checking here: _____

                                                                 AMENDED STATEMENT

# EXHIBITS TO SEPTEMBER, 2009 OPERATING STATEMENT

A.  Reconciliation

B.  Statement of Overdue and Accrued Liabilities

C.  M & T Bank for periods ending 09/18/09 and 10/16/09

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                               Chapter 11
                                                                               Case No. 08-23576-ash

LYNN HOMES, INC.
dba JWL CONSTRUCTION CO.                         **RECONCILIATION**
dba JWL CONSTRUCTION CO., INC.,

                                      Debtor.
------------------------------------------------------------X


Lynn Homes, Inc.
September, 2009
Receipts and Disbursements on Cash Basis

| | | |
|---|---|---|
| Receipts: | $ | 0.00 |
| Disbursements: | $ | 0.00 |
| Net Profit (Loss) | $ | 0.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                            Chapter 11
                                                  Case No. 08-23576-ash
LYNN HOMES, INC.
dba JWL CONSTRUCTION CO.,                         **AFFIDAVIT**
dba JWL CONSTRUCTION CO., INC.,

            Debtor,
------------------------------------------------------------X

## STATEMENT OF OVERDUE AND ACCRUED LIABILITIES

DOES THE DEBTOR HAVE ANY OVERDUE BILLS OF ANY KIND WHICH AROSE AFTER THE FILING OF THE BANKRUPTCY PETITION, INCLUDING, BUT NOT LIMITED TO WAGES, TAXES, RENTS, MORTGAGES, UTILITIES, INSURANCE PREMIUMS, TRADE DEBTS?

IF THE ABOVE ANSWER IS YES, PLEASE LIST ALL OVERDUE BILLS BELOW:

| Creditor | Amount | Reason |
|---|---|---|
| Trustco Bank | | Debt Services |
| 5 Sarnowski Drive | | |
| Schenectady, N.Y. 12302 | | |

HAS THE DEBTOR TRANSFERRED ANY PROPERTY OTHER THAN THE SALE OF INVENTORY IN THE ORDINARY COURSE OF BUSINESS:

NO

IF THE ABOVE ANSWER IS YES, PLEASE EXPLAIN IN DETAIL BELOW:

HAS THE DEBTOR RECEIVED ANY NOTICE OF CANCELLATION OF INSURANCE SINCE THE FILING OF THE BANKRUPTCY CASE?

NO

IF THE ABOVE ANSWER IS YES, PLEASE EXPLAIN IN DETAIL BELOW:
The Debtor Has Accruing Obligations as Follows:

    A.    Debt Service to Trustco

    B.    Real Estate Taxes

    C.    U.S. Trustee's Fees

    The undersigned, having prepared the foregoing reports, certifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:    October 27, 2009    LYNN HOMES, INC.

                                            John W. Lynn, President

# M&T Bank

**STATEMENT**

FOR INQUIRIES CALL: WESLEY HILLS
(845) 354-6009

00   0 03843M NM  017

LYNN HOMES, INC.
DEBTOR IN POSSESSION
JOHN W LYNN, TRUSTEE
1540 RT 202
UNIT 1B
POMONA NY 10970

| ACCOUNT TYPE | FREE BUSINESS CHECKING |
|---|---|
| ACCOUNT NUMBER | |
| STATEMENT PERIOD | 8/19/09 – 9/18/09 |
| BEGINNING BALANCE | $225.97 |
| DEPOSITS/CREDITS | 910.00 |
| CHECKS/DEBITS | 325.00 |
| | 0.00 |
| | $810.97 |

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | DEPOSITS & CREDITS | CHECKS & DEBITS | BALANCE |
|---|---|---|---|---|
| 8/19 | BEGINNING BALANCE | | | $225.97 |
| 8/25 | DEPOSIT | $700.00 | | 925.97 |
| 8/31 | DEPOSIT | 210.00 | | |
| 8/31 | CHECK NUMBER  110 | | $325.00 | 810.97 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 1 | |


# M&T Bank

FOR INQUIRIES CALL: WESLEY HILLS
(845) 354-6009

00   0 03843M NM   017

LYNN HOMES, INC.
DEBTOR IN POSSESSION
JOHN W LYNN, TRUSTEE
1540 RT 202
UNIT 1B
POMONA NY 10970

| ACCOUNT TYPE | |
|---|---|
| FREE BUSINESS CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
|  | 9/19/09 - 10/16/09 |
| BEGINNING BALANCE | 6810.97 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
|  | 6810.97 |

## ACCOUNT ACTIVITY

| DATE | TRANSACTION DESCRIPTION | DEPOSITS & CREDITS | CHECKS & DEBITS | BALANCE |
|---|---|---|---|---|
| 9/19 | BEGINNING BALANCE | | | 6810.97 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |

M&T Bank   MANUFACTURERS AND TRADERS TRUST COMPANY   P.O. BOX 1200, NEWBURGH, NEW YORK 02552-9090
L018 (8/07)