# Elizabeth A. Haas
## Attorney at Law

*254 South Main Street, Suite 210*
*New City, New York 10956*
*Telephone: (845) 708-0340*
*Fax: (845) 708-5622*
*Email: info@thehaaslawfirm.com*

December 4, 2009

<u>VIA ECF</u>
Nazar Khodorovsky, Esq.
Trial Attorney
Office of U.S. Trustee
33 Whitehall Street, Suite 2100
New York, N.Y. 10004-2122

Re:  Lynn Homes, Inc. dba JWL Construction Co.
     Chapter 11, Case No. 08-23576-ash

Dear Mr. Khodorovsky:

This will confirm our telephone conversation of this afternoon wherein the 341 meeting currently scheduled for 1:00pm Tuesday, December 9, 2009 has been adjourned to Wednesday, February 24, 2010 at 1:00pm in White Plains.

Thank you for your kind courtesies extended in this matter.

Very truly yours,

Elizabeth A. Haas

EAH:dp

T:\Lynn\Chapter 11\Letters\Trustee 4.DOC